IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MFADHILI CAMPBELL,

      Petitioner,

v.

MICHAEL D. CREWS,
SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0822

Opinion filed September 12, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Mfadhili Campbell, pro se, Petitioner.

Jennifer Parker, General Counsel, and Sheron Wells, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

LEWIS, C. J., CLARK and MARSTILLER, JJ., CONCUR.